UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
TRUSTEES OF THE DISTRICT COUNCIL NO.
9 PAINTING INDUSTRY INSURANCE FUND;
TRUSTEES OF THE DISTRICT COUNCIL NO.
9 PAINTING INDUSTRY ANNUITY FUND;
and DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O.,

                       Petitioners,                               21 **CIVIL** 8971 (PGG)

      -against-                                    **JUDGMENT**

CHOICE OF COLORS, INC.,
                 Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 21, 2022, Petitioners' motion for summary judgment is granted, and the arbitration award is confirmed. Petitioners' request for an award of attorneys' fees and costs is denied without prejudice; accordingly, the case is closed.

**Dated**: New York, New York
           September 23, 2022

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                         **BY:**
                                                                       **Deputy Clerk**